UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN -9 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Kelly L. Christian, )
 )
    Plaintiff, )
 )
v. )   Civil Action No. 18-2875 (UNA)
 )
 )
Donald Trump *et. al.*, )
 )
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff's pleading consists of cryptic phrases that provide no notice of a claim, let alone to the named defendants. *See* Compl. Caption (listing Donald Trump, United States Attorney General, and Clerk: Angela D. Caesar). Therefore, the complaint will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: January 7, 2019

United States District Judge